James **STROUSE**, Petitioner–Appellant,

v.

E.D. **WILSON**, Warden; Bernardo, SIS; Lagrone, SIS; Blackburn, Counselor; Bennett, DHO; Holderfield, SIS, Respondents–Appellees,

and

Bureau of Prisons; Kevin Kiddy, Unit Manager; Mendez, SIS; Gentry, SIS, Respondents.

No. 14–6423.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 3, 2014.

James Strouse, Appellant Pro Se. Elizabeth Wu, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Strouse, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) peti-

tion. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Strouse v. Wilson,* No. 3:12–cv–00653–REP, 2014 WL 843276 (E.D.Va. Mar. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*